*original*

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In Re:                                                                  Case No. 21-00420-LVV

Evelyn Marie Sullins                                                    Chapter: 13

    Debtor (s).

_____/

## CHAPTER 13 PLAN

**A.  NOTICES.**

**Debtor[1] must check one box on each line to state whether or not the Plan includes each of the following items. If an item is checked as "Not Included," if both boxes are checked, or if neither box is checked, the provision will be ineffective if set out later in the Plan.**

| | Included | Not Included |
|---|---|---|
| A limit on the amount of a secured claim based on a valuation which may result in a partial payment or no payment at all to the secured creditor. See Sections C.5(d) and (e). A separate motion will be filed. | ☐ | ☐ X |
| Avoidance of a judicial lien or nonpossessory, nonpurchase money security interest under 11 U.S.C. § 522(f). A separate motion will be filed. See Section C.5(e). | ☐ | ☐ X |
| Nonstandard provisions, set out in Section E. | ☐ | ☐ X |
| THIS AMENDED PLAN PROVIDES FOR PAYMENTS TO [NAME OF SECURED CREDITOR/LESSOR] TO BE INCLUDED IN PLAN PAYMENTS; THE AUTOMATIC STAY IS REINSTATED AS TO THIS CREDITOR. | ☐ | ☐ X |

**NOTICE TO DEBTOR:  IF YOU ELECT TO MAKE DIRECT PAYMENTS TO A SECURED CREDITOR UNDER SECTION C.5(i) OF THIS PLAN, TO SURRENDER THE SECURED CREDITOR'S COLLATERAL UNDER SECTION C.5(j), TO NOT MAKE PAYMENTS TO THE SECURED CREDITOR UNDER SECTION C.5(k), OR IF PAYMENTS TO A SECURED CREDITOR ARE NOT SPECIFICALLY INCLUDED IN THE PLAN PAYMENTS, THE AUTOMATIC STAY DOES NOT APPLY, AND THE CREDITOR MAY TAKE ACTION TO FORECLOSE OR REPOSSESS THE COLLATERAL.**

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

Effective August 1, 2020.

      SECURED CREDITORS INCLUDE THE HOLDERS OF MORTGAGE LOANS, CAR LOANS, AND OTHER LOANS FOR WHICH THE SECURED CREDITOR HAS A SECURITY INTEREST IN PERSONAL OR REAL PROPERTY COLLATERAL.

B.    **MONTHLY PLAN PAYMENTS.** Plan payments ("Plan Payments") include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date. Debtor shall make Plan Payments to the Trustee for the period of __60__ months. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payments under the Plan and may cause an increased distribution to the unsecured class of creditors.

$__2535_____ from month ____1_____ through ____60_____ .
$_____ from month _____ through _____ .
$_____ from month _____ through _____ .

C.    **PROPOSED DISTRIBUTIONS.**

    1.    **ADMINISTRATIVE ATTORNEY'S FEES.**

Base Fee $_4500_____ Total Paid Prepetition $__2110_____ Balance Due $_2390____

MMM Fee $__2500_____ Total Paid Prepetition $___0____ Balance Due $__2500_____

Estimated Monitoring Fee at $ __50__ per Month.

Attorney's Fees Payable Through Plan at $__Per Spreadsheet__ Monthly (subject to adjustment).

    2.    **DOMESTIC SUPPORT OBLIGATIONS (as defined in 11 U.S.C. §101(14A)).**

| Acct. No. | Creditor | Total Claim Amount |
|---|---|---|
| NONE | | |
| | | |

    3.    **PRIORITY CLAIMS (as defined in 11 U.S.C. § 507).**

| Last Four Digits of Acct. No. | Creditor | Total Claim Amount |
|---|---|---|
| NONE | | |
| | | |

    4.    **TRUSTEE FEES.** From each Plan Payment received from Debtor, the Trustee shall receive a fee, the percentage of which is fixed periodically by the United States Trustee.

5. **SECURED CLAIMS.** Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments. The Trustee shall disburse adequate protection payments to secured creditors prior to confirmation, as soon as practicable, if the Plan provides for payment to the secured creditor, the secured creditor has filed a proof of claim, or Debtor or Trustee has filed a proof of claim for the secured creditor under 11 U.S.C. § 501(c), and no objection to the claim is pending. If Debtor's Plan Payments are timely paid, payments to secured creditors under the Plan shall be deemed contractually paid on time.

**(a) Claims Secured by Debtor's Principal Residence that Debtor Intends to Retain - Mortgage, HOA and Condominium Association Assessments, and Arrears, if any, Paid Through the Plan Under 11 U.S.C. § 1322(b)(5).** Debtor will cure prepetition arrearages and maintain regular monthly postpetition payments on the following claims secured by Debtor's principal residence. Under 11 U.S.C. § 1328(a)(1), Debtor will not receive a discharge of personal liability on these claims.

Postpetition mortgage payments must be included in the Plan Payments. Mortgage payments are due on the first payment due date after the case is filed and continue monthly thereafter. The amount of postpetition mortgage payments may be adjusted as provided for under the loan documents. Postpetition ongoing homeowner's association and condominium association assessments may be included in the Plan or may be paid direct. If Debtor intends to pay postpetition assessments through the Plan, list the Regular Monthly Payment. If Debtor intends to pay postpetition assessments direct, state "Direct" in the Regular Monthly Payment column.

| Last Four Digits of Acct. No. | Creditor | Collateral Address | Regular Monthly Payment | Gap Payment | Arrears |
|---|---|---|---|---|---|
| NONE | | | | | |
| | | | | | |

**(b) Claims Secured by Other Real Property that Debtor Intends to Retain - Mortgage, HOA and Condominium Association Assessments, and Arrears, if any, Paid Through the Plan Under 11 U.S.C. § 1322(b)(5).** Debtor will cure prepetition arrearages and maintain regular monthly postpetition payments on the following claims secured by Debtor's real property. Under 11 U.S.C. § 1328(a)(1), Debtor will not receive a discharge of personal liability on these claims.

Postpetition mortgage payments must be included in the Plan Payments. Mortgage payments are due on the first payment due date after the case is filed and continue monthly thereafter. The amount of postpetition mortgage payments may be adjusted as provided for under the loan documents. Postpetition ongoing homeowner's association and condominium association assessments may be included in the Plan or may be paid direct. If Debtor intends to pay postpetition assessments through the Plan, list the Regular Monthly Payment. If Debtor intends to pay postpetition assessments direct, state "Direct" in the Regular Monthly Payment column.

| Last Four | Creditor | Collateral | Regular | Gap Payment | Arrears |
|---|---|---|---|---|---|

| Digits of Acct. No. | | Address | Monthly Payment | | |
|---|---|---|---|---|---|
| NONE | | | | | |
| | | | | | |

(c) **Claims Secured by Real Property - Debtor Seeks Mortgage Modification Mediation (MMM). No later than 90 days from the petition date or the date the case converts to Chapter 13, Debtor shall file a motion seeking MMM. Information and forms related to MMM are available in the Court's procedure manual on the Court's website, www.flmb.uscourts.gov.** Pending the resolution of the MMM, the Plan Payments shall include the following adequate protection payments to the Trustee: (1) for *homestead* property, the lesser of 31% of gross monthly income of Debtor and non-filing spouse, if any (after deducting homeowner's association fees), or the normal monthly contractual mortgage payment; or (2) for *non-homestead*, income-producing property, 75% of the gross rental income generated from the property. If Debtor obtains a modification of the mortgage, the modified payments shall be included in the Plan Payments. Debtor will not receive a discharge of personal liability on these claims.

| Last Four Digits of Acct. No. | Creditor | Collateral Address | Adequate Protection Payment |
|---|---|---|---|
| 1421 | Rushmore Loan Mgmt Serv | 1370 Portmoor Way, Winter Garden, FL 34787 | $2,009.14 (reg pymt) |
| | | | |

(d) **Claims Secured by Real Property or Personal Property to Which 11 U.S.C. § 506 Valuation APPLIES (Strip Down).** Under 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by Debtor's principal residence. **A separate motion to determine secured status or to value the collateral must be filed.** Payment on the secured portion of the claim, estimated below, is included in the Plan Payments. Unless otherwise stated in Section E, the Plan Payments do not include payments for escrowed property taxes or insurance.

| Last Four Digits of Acct. No. | Creditor | Collateral Description/ Address | Claim Amount | Value | Payment Through Plan | Interest Rate |
|---|---|---|---|---|---|---|
| NONE | | | | | | |
| | | | | | | |

(e) **Liens to be Avoided Under 11 U.S.C. § 522 or Stripped Off Under 11 U.S.C. § 506.** Debtor must file a separate motion under 11 U.S.C. § 522 to avoid a judicial lien or a nonpossessory, nonpurchase money security interest because it impairs an exemption or under 11 U.S.C. § 506 to determine secured status and to strip a lien.

| Last Four Digits of Acct. No. | Creditor | Collateral Description / Address |
|---|---|---|

4

| NONE | | |
|---|---|---|
| | | |

(f) **Payments on Claims Secured by Real Property and/or Personal Property to Which 11 U.S.C. § 506 Valuation DOES NOT APPLY Under the Final Paragraph in 11 U.S.C. § 1325(a).** The claims listed below were either: (1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for Debtor's personal use; or (2) incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value. These claims will be paid in full under the Plan with interest at the rate stated below.

| Last Four Digits of Acct. No. | Creditor | Collateral Description/ Address | Claim Amount | Payment Through Plan | Interest Rate |
|---|---|---|---|---|---|
| NONE | | | | | |
| | | | | | |

(g) **Claims Secured by Real or Personal Property to be Paid with Interest Through the Plan Under 11 U.S.C. § 1322(b)(2).** The following secured claims will be paid in full under the Plan with interest at the rate stated below.

| Last Four Digits of Acct. No. | Creditor | Collateral Description/ Address | Claim Amount | Payment Through Plan | Interest Rate |
|---|---|---|---|---|---|
| NONE | | | | | |
| | | | | | |

(h) **Claims Secured by Personal Property – Maintaining Regular Payments and Curing Arrearages, if any, Under 11 U.S.C. § 1322(b)(5).** Under 11 U.S.C. § 1328(a)(1), unless the principal amount of the claim is paid in full through the Plan, Debtor will not receive a discharge of personal liability on these claims.

| Last Four Digits of Acct. No. | Creditor | Collateral Description | Regular Contractual Payment | Arrearage |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |

**(i) Secured Claims Paid Directly by Debtor.** The following secured claims are being made via automatic debit/draft from Debtor's depository account and will continue to be paid directly to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. Because these secured claims are not provided for under the Plan, under 11 U.S.C § 1328(a), Debtor will not receive a discharge of personal liability on these claims.

| Last Four Digits of Acct. No. | Creditor | Property/Collateral |
| --- | --- | --- |
| 9101 | Stonybrook HOA | 1370 Portmoor Way, Winter Garden, FL 34787 |
|  |  |  |

**(j) Surrender of Collateral/Property that Secures a Claim.** Debtor will surrender the following collateral/property. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors upon the filing of this Plan.

| Last Four Digits of Acct. No. | Creditor | Collateral Description/Address |
| --- | --- | --- |
| NONE |  |  |
|  |  |  |

**(k) Secured Claims that Debtor Does Not Intend to Pay.** Debtor does not intend to make payments to the following secured creditors. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor with respect to these creditors upon the filing of this Plan. Debtor's state law contract rights and defenses are neither terminated nor abrogated. Because these secured claims are not provided for under the Plan, under 11 U.S.C § 1328(a), Debtor will not receive a discharge of personal liability on these claims.

| Last Four Digits of Acct. No. | Creditor | Collateral Description/Address |
| --- | --- | --- |
| NONE |  |  |
|  |  |  |

6.      **LEASES/EXECUTORY CONTRACTS.** As and for adequate protection, the Trustee shall disburse payments to creditors under leases or executory contracts prior to confirmation of the Plan, as soon as practicable, if the Plan provides for payment to creditor/lessor, the creditor/lessor has filed a proof of claim, or Debtor or Trustee has filed a proof of claim for the secured creditor/lessor under 11

U.S.C. § 501(c), and no objection to the claim is pending. If Plan Payments are timely paid, payments to creditors/lessors under the Plan shall be deemed contractually paid on time.

   (a) **Assumption of Leases/Executory Contracts for Real or Personal Property to be Paid and Arrearages Cured Through the Plan Under 11 U.S.C. § 1325(b)(5).** Debtor assumes the following leases/executory contracts and proposes the prompt cure of any prepetition arrearage as follows. Under 11 U.S.C. § 1328(a)(1), if the claim of the lessor/creditor is not paid in full through the Plan, Debtor will not receive a discharge of personal liability on these claims.

| Last Four Digits of Acct. No. | Creditor/Lessor | Description of Leased Property | Regular Contractual Payment | Arrearage and Proposed Cure |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |

   (b) **Assumption of Leases/Executory Contracts for Real or Personal Property to be Paid Directly by Debtor.** Debtor assumes the following lease/executory contract claims that are paid via automatic debit/draft from Debtor's depository account and are to continue to be paid directly to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. Because these leases/executory contracts are not provided for under the Plan, under 11 U.S.C § 1328(a), Debtor will not receive a discharge of personal liability on these claims.

| Last Four Digits of Acct. No. | Creditor/Lessor | Property/Collateral |
|---|---|---|
| NONE | | |
| | | |

   (c) **Rejection of Leases/Executory Contracts and Surrender of Real or Personal Leased Property.** Debtor rejects the following leases/executory contracts and will surrender the following leased real or personal property. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan.

| Last Four Digits of Acct. No. | Creditor/Lessor | Property/Collateral to be Surrendered |
|---|---|---|
| NONE | | |
| | | |

7. **GENERAL UNSECURED CREDITORS.** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above-referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than $___Pro Rata_____.

D. **GENERAL PLAN PROVISIONS:**

1. Secured creditors, whether or not provided for under the Plan, shall retain the liens securing such claims.

2. Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by order of the Court.

3. If Debtor fails to check (a) or (b) below, or if Debtor checks both (a) and (b), property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise. Property of the estate

   (a) _____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise, or

   (b) _____ shall vest in Debtor upon confirmation of the Plan.

4. The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and/or the proofs of claim as filed and allowed. Unless otherwise ordered by the Court, the Trustee shall only pay creditors with filed and allowed proofs of claim. An allowed proof of claim will control, unless the Court orders otherwise.

5. Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions. The actual distributions may vary. If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.

6. Debtor shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor shall provide the Trustee with a statement to that effect.) For each tax return that becomes due after the case is filed, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of filing the return. Unless otherwise ordered, consented to by the Trustee, or ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to the Plan Payments. Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. **Debtor shall not spend any tax refund without first having obtained the Trustee's consent or Court approval.**

E. **NONSTANDARD PROVISIONS as Defined in Federal Rule of Bankruptcy Procedure 3015(c).** Note: Any nonstandard provisions of this Plan other than those set out in this Section are deemed void and are stricken.

_____
_____
_____

## CERTIFICATION

      By filing this document, the Attorney for Debtor, or Debtor, if not represented by an attorney, certifies that the wording and order of the provisions in this Chapter 13 Plan are identical to those contained in the Model Plan adopted by this Court, and that this Plan contains no additional or deleted wording or nonstandard provisions other than any nonstandard provisions included in Section E.

SIGNATURE(S):

Debtor(s)

X _Evelyn M. Sullin_____  Date _2/23/2021_

_____  Date _____

Attorney for Debtor(s)

_Wagner Smith_____  Date _2/23/2021_

10

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In Re:                                                                                    Case No. 21-00420-LVV

Evelyn Marie Sullins                                                            Chapter: 13

    Debtor (s).
_____/

## CERTIFICATE OF SERVICE FOR CHAPTER 13 PLAN

COMES NOW, the undersigned counsel hereby certifies that copies of the Chapter 13 Plan have been furnished by regular U.S. Mail or electronically via ECF to Laurie K Weatherford, PO Box 3450, Winter Park, FL 32790; United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801, Evelyn Sullins, 1370 Portmoor Way, Winter Garden, Fl 34787, and to all parties on the attached creditor matrix, this 23rd of Feb , 2021.

                                                                               By: /s/ Wayne B. Spivak
                                                                               Wayne B. Spivak, Esq.
                                                                               Florida Bar No. 38191
                                                                               Justin Clark & Associates, PLLC
                                                                               Attorney for Debtor
                                                                               500 Winderley Place, Unit 100
                                                                               Maitland, FL 32751
                                                                               Tel: 321-282-1055
                                                                               Fax: 321-282-1051
                                                                               Email: wspivak@youhavepower.com

| DUE DATE 30th | | 21-00420 LVV 2/28/2021 Unsecured | | Sullins Debtor Pmt | | 10.0% Tee Fee | | ATTY | | # 350 MONITORING FEE | | Rushmoore MMM Reg Pymt | | Stonybrook HOA Arrs | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 60 | | 60 | | | $4,890.00 | | | | | | | |
| 2/28/2021 | 1 | $100.86 | | $2,535.00 | | $253.50 | | $81.50 | | | | $2,099.14 | 1 at | DIRECT | |
| 3/28/2021 | 2 | $100.86 | | $2,535.00 | | $253.50 | | $81.50 | | | | $2,099.14 | | | |
| 4/28/2021 | 3 | $100.86 | | $2,535.00 | | $253.50 | | $81.50 | | | | $2,099.14 | | | |
| 5/28/2021 | 4 | $100.86 | | $2,535.00 | | $253.50 | | $81.50 | | | | $2,099.14 | | | |
| 6/28/2021 | 5 | $100.86 | | $2,535.00 | | $253.50 | | $81.50 | 5 at | | | $2,099.14 | | | |
| 7/28/2021 | 6 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 8/28/2021 | 7 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 9/28/2021 | 8 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 10/28/2021 | 9 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 11/28/2021 | 10 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 12/28/2021 | 11 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 1/28/2022 | 12 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 2/28/2022 | 13 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 3/28/2022 | 14 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 4/28/2022 | 15 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 5/28/2022 | 16 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 6/28/2022 | 17 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 7/28/2022 | 18 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 8/28/2022 | 19 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 9/28/2022 | 20 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 10/28/2022 | 21 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 11/28/2022 | 22 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 12/28/2022 | 23 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 1/28/2023 | 24 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 2/28/2023 | 25 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 3/28/2023 | 26 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 4/28/2023 | 27 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 5/28/2023 | 28 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 6/28/2023 | 29 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 7/28/2023 | 30 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 8/28/2023 | 31 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 9/28/2023 | 32 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 10/28/2023 | 33 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 11/28/2023 | 34 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 12/28/2023 | 35 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 1/28/2024 | 36 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 2/28/2024 | 37 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 3/28/2024 | 38 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 4/28/2024 | 39 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 5/28/2024 | 40 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 6/28/2024 | 41 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 7/28/2024 | 42 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 8/28/2024 | 43 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 9/28/2024 | 44 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 10/28/2024 | 45 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 11/28/2024 | 46 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 12/28/2024 | 47 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 1/28/2025 | 48 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 2/28/2025 | 49 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 3/28/2025 | 50 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 4/28/2025 | 51 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 5/28/2025 | 52 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 6/28/2025 | 53 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 7/28/2025 | 54 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 8/28/2025 | 55 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 9/28/2025 | 56 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 10/28/2025 | 57 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 11/28/2025 | 58 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 12/28/2025 | 59 | $50.86 | | $2,535.00 | | $253.50 | | $81.50 | | $50.00 | | $2,099.14 | | | |
| 1/28/2026 | 60 | $50.86 | 60 at | $2,535.00 | | $253.50 | 60 at | $81.50 | 55 at | $50.00 | 60 at | $2,099.14 | 59 at | | |
| | | | | | | | | | | | | | | | |
| LIQ 2195 | | $3,301.60 | | $152,100.00 | | $15,210.00 | | $4,890.00 | | $2,750.00 | | $125,948.40 | | $25,901.30 | |
| | | $37,609.41 | | | | | | ATTY | | | | | | | |
| | | 9% | | | | | | | | | | | | | |
| | | | | | | | | $5,376.00 | | | | | | | |

| | | |
|---|---|---|
| bel Matrix for local noticing<br>3A-6<br>se 6:21-bk-00420-LVV<br>ddle District of Florida<br>lando<br>d Feb 24 11:24:11 EST 2021 | Americredit Financial Services, Inc. Dba GM<br>P.O Box 183853<br>Arlington, TX 76096-3853 | Evelyn Marie Sullins<br>1370 Portmoor Way<br>Winter Garden, FL 34787-4625 |
| e Cash<br>059 W Colonial Drive<br>oee, FL 34761-2976 | (p)AMERICREDIT FINANCIAL SERVICES DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | AmeriCredit/GM Financial<br>Attn: Bankruptcy<br>Po Box 183853<br>Arlington, TX 76096-3853 |
| eriCredit/GM Financial<br>Box 181145<br>lington, TX 76096-1145 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Amex<br>P.o. Box 981537<br>El Paso, TX 79998-1537 |
| nk Of America<br>4-102-03-14<br>Box 26012<br>eensboro, NC 27420-6012 | Bank Of America<br>Nc4-105-03-14<br>Po Box 26012<br>Greensboro, NC 27420-6012 | Bank of America<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 |
| nk of America<br>tn: Bankruptcy NC4-105-02-77<br>Box 26012<br>eensboro, NC 27420-6012 | Capital One<br>Attn: General Correspondence/Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Carrington Mortgage Services<br>15 Enterprise St<br>Aliso Viejo, CA 92656-2653 |
| rrington Mortgage Services<br>tn: Bankruptcy<br>Box 3730<br>aheim, CA 92803-3730 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | CitiFinancial<br>Attn: Bankruptcy<br>605 Munn Road<br>Fort Mill, SC 29715-8421 |
| tiFinancial<br>Box 6217<br>oux Falls, SD 57117-6217 | Citifinancia<br>Attn: Bankruptcy<br>605 Munn Dr<br>Fort Mill, SC 29715-8421 | Comenity Bank/Victoria Secret<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| nvergent<br>0 SW 39th St<br>Box 9004<br>nton, WA 98057-9004 | Convergent Outsourcing<br>PO BOX 9004<br>Renton, WA 98057-9004 | Credence<br>17000 Dallas Parkway<br>Ste 204<br>Dallas, TX 75248-1940 |
| edence Resouce Mgmt, LLC<br>BOX 2390<br>uthgate, MI 48195-4390 | (p)TMX FINANCE LLC FORMERLY TITLEMAX<br>15 BULL STREET<br>SUITE 200<br>SAVANNAH GA 31401-2686 | FMS<br>PO BOX 707600<br>Tulsa, OK 74170-7600 |
| rst Federal Credit & Collections<br>700 Chagrin Blvd<br>ite 205<br>eveland, OH 44122-5662 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 |

| | | |
|---|---|---|
| rst Premier Bank<br>tn: Bankruptcy<br>Box 5524<br>oux Falls, SD 57117-5524 | First Premier Bank<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 | Fl Emerg Phys Kang & Assoc<br>PO BOX 740022<br>Cincinnati, OH 45274-0022 |
| orida Department of Revenue<br>nkruptcy Unit<br>st Office Box 6668<br>llahassee FL 32314-6668 | (p)GOLD KEY CREDIT INC<br>PO BOX 15670<br>BROOKSVILLE FL 34604-0122 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| fferson Capital Sys, LLC<br>BOX 772813<br>icago, IL 60677-0113 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Mercedes-Benz Financial<br>Po Box 685<br>Roanole, TX 76262-0685 |
| rcedes-Benz Financial Services<br>tn: Bankruptcy<br>Box 685<br>anoke, TX 76262-0685 | Mercedes-Benz Financial Services<br>P.o. Box 961<br>Roanoke, TX 76262-0961 | Midland Credit Mgmt, Inc.<br>2365 Northside Drive<br>San Diego, CA 92108-2709 |
| e Click Cash<br>946 Highway 12, Suite 3<br>obrara, NE 68760-7085 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | Plain Green Loans<br>93 Mack Road, Suite 600<br>Po Box 270<br>Box Elder, MT 59521-0270 |
| antation Billing Center<br>Box 459077<br>rt Lauderdale, FL 33345-9077 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Professional Adjmnt Co<br>14410 Metropolis Ave<br>Ft Myers, FL 33912-4341 |
| antum3 Group LLC as agent for<br>MA Trust LLC<br>Box 788<br>rkland, WA  98083-0788 | Rushmore Loan Mgmt Srvc<br>Attn: Bankruptcy<br>Po Box 55004<br>Irvine, CA 92619-5004 | Rushmore Loan Mgmt Srvc<br>Pob 52708<br>Irvine, CA 92619-2708 |
| ydah Law Firm<br>72 West  S.R. 426<br>ite 3024<br>iedo, FL 32765-8389 | Stonybrook West Master HOA<br>Firstservice Residential FL<br>PO BOX 028100<br>Miami, FL 33102-8100 | Sunrise Credit Service<br>260 Airport Plaza<br>Farmingdale, NY 11735-4021 |
| ntrust Bank<br>tn: Bankruptcy<br>Box 85092 Mc Va-Wmrk-7952<br>chmond, VA 23285-5092 | Syncb Bank/American Eagle<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Care Credit<br>Attn:  Bankruptcy Dept<br>Po Box 965064<br>Orlando, FL 32896-5064 |
| nchrony Bank/Care Credit<br>tn: Bankruptcy<br>Box 965060<br>lando, FL 32896-5060 | Synchrony Bank/Care Credit<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Synchrony/American Eagle<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |

| | | |
|---|---|---|
| nchrony/American Eagle<br>Box 965005<br>lando, FL 32896-5005 | The Women's Center of Orl<br>10000 W. Colonial Drive<br>#395<br>Ocoee, FL 34761-3433 | Westgate Resorts<br>2801 Old Winter Garden Rd<br>Ocoee, FL 34761-2965 |
| urie K Weatherford +<br>st Office Box 3450<br>nter Park, FL 32790-3450 | United States Trustee - ORL7/13 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Wayne B Spivak +<br>Attorneys Justin Clark & Associates PLLC<br>500 Winderley Place, Unit 100<br>Maitland, FL 32751-7406 |
| ri V. Vaughan +<br>lando<br>FL | Christopher Bertels +<br>Law Offices of John L. Di Masi, P.A.<br>801 North Orange Avenue, Suite 500<br>Orlando, FL 32801-5202 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMEC |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| eriCredit Financial Services, Inc.<br>a GM Financial<br>O Box 183853<br>lington, TX 76096 | (d)Americredit Financial Services, Inc.<br>Dba GM Financial<br>P.O Box 183853<br>Arlington, TX 76096 | Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 |
| )Chase Card Services<br>tn: Correspondence Dept<br>Box 15298<br>lmington, DE 19850 | (d)Chase Card Services<br>Po Box 15369<br>Wilmington, DE 19850 | Equity Auto Loans LLC<br>4192 Lawrenceville Hwy<br>Tucker, GA 30084 |
| )Equity Auto Loans LLC<br>tn: Bankruptcy<br>19 Augusta Road<br>vannah, GA 31408 | Gold Key Credit<br>Attn: Bankruptcy<br>Po Box 15670<br>Brooksville, FL 34604 | Jefferson Capital Systems<br>16 McLeland Road<br>Saint Cloud, MN 56303 |
| rtfolio Recovery<br>Box 41067<br>rfolk, VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| )Stoneybrook West Master Association, Inc.<br>72 Lake Gloria Blvd.<br>lando | (u)Equity Auto Loans LLC | (d)FMS Inc<br>PO Box 707600<br>Tulsa, OK 74170-7600 |

d of Label Matrix
ilable recipients    68
passed recipients     3
tal                  71